# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

RICHARD L MARKWARD                                                12-11330

**Debtor(s)**                                                **Bankruptcy No.**

## NOTICE OF FINAL CURE PAYMENT AND
## COMPLETION OF PAYMENTS UNDER THE PLAN

    Pursuant to Federal Bankruptcy Rule 3002.1(f), William C. Miller, Chapter 13 standing trustee, hereby gives notice that the debtor(s) in this matter ("debtor") has completed all payments required to cure the default in the claim filed by the following creditor, and this claim has been paid in full:

Creditor:  MIDFIRST BANK                                                claim number: 04

    Within 21 days of the service of this Notice, in accordance with Federal Bankruptcy Rule 3002.1(g), a creditor holding a claim secured by a security interest in the principal residence of debtor shall file and serve on debtor, counsel for debtor, and the standing trustee, a statement indicating whether (1) it agrees that debtor has paid in full the amount required to cure the default on the claim, and (2) debtor is otherwise current on all payments consistent with 11 U.S.C.§1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

                                                         Respectfully submitted,

                                                         /s/ William C. Miller
                                                         William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee
                                                         P.O. Box 1229
                                                         Philadelphia, PA  19105
                                                         215-627-1377

Dated        3/23/2017

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

RICHARD L MARKWARD                                    12-11330

**Debtor(s)**                                         **Bankruptcy No.**

# CERTIFICATE OF SERVICE

**AND NOW,** comes <u>Jenean Tucker</u>, from the office of William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

   Creditor

      MIDFIRST BANK

      999 NORTHWEST GRAND BOULEVARD
      OKLAHOMA CITY           OK   73118

   Debtor

      RICHARD L MARKWARD

      60 GREEN STREET
      COATESVILLE             PA   19320

B. and by electronic service only:

   Debtor's Attorney

      MICHAEL G DEEGAN
      134 W KING ST

      MALVERN                 PA   19355

   U.S. Trustee

      Frederic J. Baker, Esquire
      Office of the U.S. Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, PA 19107

                                                        /s/ <u>Jenean Tucker</u>
                                                       Office of William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee

Dated      3/23/2017