United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard L. Markward
          Debtor

Case No. 12-11330-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Aug 16, 2017
                             Form ID: 138NEW           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
```
db              +Richard L. Markward,    60 Green Street,    Coatesville, PA 19320-2858
aty             +Michael Deegan,    134 West King Street,    Malvern, PA 19355-2412
12671975        +Collection Specialist,    335 Gordon Drive,    Lionville, PA 19341-1201
12671976        +ER Solutions,    800 SW 39th Street,    Renton, WA 98057-4975
12671978        +KLM Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
12837970        +MIDFIRST BANK,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
12850786        +Michael G. Deegan, Esquire,    134 West King Street,    Malvern, PA 19355-2412
12671980        +Midfirst Bank,    501 NW Grand Boulevard,    Oklahoma City, OK 73118-6037
12751803        +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
12793173        +U.S. Department of HUD,    c/o Novad Management Consulting, Inc.,
                  2401 N.W. 23rd Street, Suite 1A1,    Oklahoma City, OK 73107-2448
12671981         Valley Township,    c/o Portnoff Law Associates,    10000 Sandy Hill Road,    Suite 150,
                  Norristown, PA 19401
12671982        +Verizon Pennsylvania,    500 Technology Drive,    Saint Charles, MO 63304-2225
12671983        +Wells Fargo Financial,    PO Box 29704,    Phoenix, AZ 85038-9704
12671984        +Wells Fargo Financial Cards,    PO Box 14517,    Des Moines, IA 50306-3517
12671985         Wells Fargo Financial Cards,    PO Box 5445,    Portland, OR 97228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:27     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2017 01:47:55
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2017 01:48:08     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12751462         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2017 01:50:04
                  American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                  Oklahoma City, OK  73126-9093
12671979        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2017 01:49:14     LVNV Funding, LLC,
                  PO Box 10497,    Greenville, SC 29603-0497
                                                                                     TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
12671977        ##+Justine Markward,    49 Germantown Avenue,    Christiana, PA 17509-1713
                                                                         TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   MIDFIRST BANK agornall@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              KEVIN H. BURAKS    on behalf of Creditor   Township of Valley kburaks@portnoffonline.com
              MICHAEL G. DEEGAN    on behalf of Attorney Michael  Deegan mgdeegan@comcast.net
              MICHAEL G. DEEGAN    on behalf of Debtor Richard L. Markward mgdeegan@comcast.net
```

District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Aug 16, 2017
                             Form ID: 138NEW          Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              THOMAS I. PULEO    on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 8

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Richard L. Markward

                Debtor(s)                               Bankruptcy No: 12−11330−amc

                                                       Chapter: 13

_____

***NOTICE***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                For The Court

                Timothy B. McGrath
                Clerk of Court

Dated: 8/16/17