IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In Re:  Richard Markward | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No. 12-11330 |
| Debtor(s) | : | |
| | : | |

**ORDER EXTENDING THE TIME TO FILE A STATEMENT OF COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE AND THE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 AND LOCAL RULE 9014-2**

**NOW**, this _____ day of _____, 2017, it is **ORDERED** that:

1. The Debtors' Motion to extend the time to file financial management course certificate and the certification regarding domestic support obligations and Section 522(q) pursuant to F.R.B.P. 1007(c) is hereby **GRANTED.**

2. The deadline to file the financial management course certificate and the certification regarding domestic support obligations and Section 522(q) is hereby extended thirty (30) days, until September 30, 2017.

BY THE COURT

**Date: August 31, 2017**

_____
United States Bankruptcy Judge