United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-11330-amc
Richard L. Markward                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Aug 31, 2017
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db            +Richard L. Markward,    60 Green Street,    Coatesville, PA 19320-2858
aty           +Michael Deegan,    134 West King Street,    Malvern, PA 19355-2412
cr            +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:14:10    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:19
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:49    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                            TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN H. BURAKS    on behalf of Creditor   Township of Valley kburaks@portnoffonline.com
              MICHAEL G. DEEGAN    on behalf of Debtor Richard L. Markward mgdeegan@comcast.net
              MICHAEL G. DEEGAN    on behalf of Attorney Michael  Deegan mgdeegan@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 8

Case 12-11330-amc   Doc 64   Filed 09/02/17   Entered 09/03/17 01:09:55   Desc Imaged
Certificate of Notice   Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| In Re:  Richard Markward | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No. 12-11330 |
| Debtor(s) | : | |
| | : | |

**ORDER EXTENDING THE TIME TO FILE A STATEMENT OF COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE AND THE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 AND LOCAL RULE 9014-2**

**NOW**, this _____ day of _____, 2017, it is **ORDERED** that:

1.      The Debtors' Motion to extend the time to file financial management course certificate and the certification regarding domestic support obligations  and Section 522(q) pursuant to F.R.B.P. 1007(c)  is hereby **GRANTED.**

2.      The deadline to file the financial management course certificate and the certification regarding domestic support obligations  and Section 522(q) is hereby extended thirty (30) days, until September 30, 2017.

BY THE COURT

_____
United States Bankruptcy Judge

**Date: August 31, 2017**